**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

_____

**No. 97-30619**
**Summary Calendar**
_____


**FREDDIE SUE THOMAS; ET AL,**

                                        Plaintiffs,


                    **VERSUS**


**GEORGIA PACIFIC CORPORATION; ET AL,**

                                        Defendants.


*****************************************************


**ROBERT M. FLOYD,**

    **Cross Claimant - Counter Claimant - Appellant,**


                    **VERSUS**


**GEORGIA PACIFIC CORPORATION,**

                        **Cross Defendant - Appellee,**


                    **and**


**FREDDIE SUE THOMAS; LORI GORE TERRELL,**

                        **Counter Defendants - Appellees.**

_____

Appeal from the United States District Court
For the Western District of Louisiana

(95-CV-2150

January 12, 1998

Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

The only issue remaining before the Court in this appeal is whether or not the district court's granting of a summary judgment against the appellant Floyd and in favor of his employer, Georgia Pacific, was error. We have carefully reviewed the briefs, the appendix and the record excerpts and relevant portions of the record itself. For the reasons stated by the district court in its memorandum ruling filed under date of May 15, 1997, we are persuaded that Floyd's cross-claims for wrongful termination and retaliation are not supported by substantial evidence upon which a jury could base a verdict in favor of Floyd. Accordingly, the Final Order entered herein under date of May 15, 1997, is

**AFFIRMED.**

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.